No. 81, Misc. McCRIMMON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 83, Misc. WYLEY v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied. *Mathias J. DeVito* for petitioner. *Francis B. Burch,* Attorney General of Maryland, *Robert F. Sweeney,* Deputy Attorney General, and *Carville M. Downes* for respondent.

No. 85, Misc. WEBER v. OREGON. Sup. Ct. Ore. Certiorari denied. *Charles O. Porter* for petitioner.

No. 86, Misc. BOSTIC v. JOHNSON, JUSTICE OF THE PEACE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89, Misc. CLEMMONS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 90, Misc. BENNETT v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *David Kanner* for petitioner.

No. 94, Misc. LAW v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Joseph L. Tita* for petitioner.

No. 95, Misc. ANAYA v. RODRIGUEZ, ACTING WARDEN. C. A. 10th Cir. Certiorari denied.

No. 97, Misc. FRONTUTO v. CALIFORNIA; and
No. 236, Misc. BERNAL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.